UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5578 FMO (JPRx) | Date | August 28, 2023 |
|---|---|---|---|
| Title | Sangwon Lee, et al. v. Mid South Transport, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  (In Chambers) Order Remanding Action

Pursuant to the parties' Stipulation to Remand Case to State Court (Dkt. 11, "Stipulation"), IT IS ORDERED THAT:

1. The parties' Stipulation **(Document No. 11)** is **granted**.

2. The above-captioned action shall be **remanded** forthwith to the Los Angeles County Superior Court.

3. The Clerk shall send a certified copy of this Order to the state court.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    vdr |